1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILBUR PITTMAN,

11              Petitioner,              No. CIV S-09-2314 DAD P

12        vs.

13   M. MARTEL,                         <u>ORDER AND</u>

14              Respondent.             <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16        By order filed October 26, 2009, petitioner's petition for writ of habeas corpus

17   was dismissed and thirty days leave to file an amended petition was granted.  The thirty day

18   period has now expired, and petitioner has not filed an amended petition or otherwise responded

19   to the court's order.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

21   randomly assign a United States District Judge to this action;

22        IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26   days after being served with these findings and recommendations, petitioner may file written

1

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

3   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4   F.2d 1153 (9th Cir. 1991).

5   DATED: December 11, 2009.

7   _Dale A. Drozd_____

8   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

9   DAD:lg
    pitt2314.fta

2